IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| In the Matter of the Search of:<br><br>One black foldable cell phone, unknown make/model, with black cover, with two additional SIM cards located inside the cover | MJ-25-41-M-KLD<br><br>ORDER |

The warrant in the above-entitled matter having been executed and returned, together with a copy of the certified inventory of the property seized, to the undersigned, the Clerk of Court is directed to file the same.

IT IS SO ORDERED.

DATED this 2nd day of June, 2025.

_____
Honorable Kathleen L. DeSoto
United States Magistrate Judge